No. 11–1302. NEW WEST, L. P., ET AL. *v.* CITY OF JOLIET, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1335. SZAFRAN *v.* SANDATA TECHNOLOGIES, INC. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–1378. WYOMING *v.* DEPARTMENT OF AGRICULTURE ET AL.; and

No. 11–1384. COLORADO MINING ASSN. *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE ALITO and JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 661 F. 3d 1209.

No. 11–1397. CHAPPELL, ACTING WARDEN *v.* GONZALES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–1409. CONAGRA, INC., ET AL. *v.* AMERICOLD CORP. ET AL. Sup. Ct. Kan. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 11–1418. WALKER, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF WALKER *v.* MEDTRONIC, INC. C. A. 4th Cir. Motion of respondent for leave to file brief in opposition under seal with redacted copies for the public record granted. Certiorari denied.

No. 11–1422. BRUNER ET UX. *v.* WHITMAN ET AL. C. A. 9th Cir. Motion of Jeanette Stevens for leave to file brief as *amicus curiae* granted. Certiorari denied.

No. 11–1426. NATIONAL ORGANIZATION FOR MARRIAGE, INC., ET AL. *v.* MCKEE ET AL. C. A. 1st Cir. Motion of respondents for leave to file brief in opposition under seal with redacted copies for the public record granted. Certiorari denied.